IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:09cv041

| | |
|---|---|
| TRACY RENEE DEVECKI,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of Social Security,**<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission of attorney Charles Martin as counsel *pro hac vice*. [Doc. 12].

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 12] is **ALLOWED**, and Charles Martin is hereby granted *pro hac vice* admission to the bar of this Court *nunc pro tunc* to the filing of this action, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 9, 2010

Martin Reidinger
United States District Judge